# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| PHILLIP HILL, § | | |
|    *Plaintiff*, § | | |
| § | | |
| v. § | No. 4:23-cv-01140-Y | |
| § | | |
| TARRANT COUNTY, TEXAS, and § | | |
| CHRIS SALONE § | | |
|    *Defendants*. § | | |

## JOINT STIPULATION REGARDING PLAINTIFF'S DEADLINE TO RESPOND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff Philip Hill ("Hill"), and Defendants Tarrant County and Chris Salone (collectively "Defendants") to jointly file this stipulation to allow Plaintiff an extension of nine days to file his responses to Defendant's Motions to Dismiss.

1. Defendants both filed 12(b)(6) Motions to Dismiss against Plaintiff on November 14, 2023.

2. The current deadline for Plaintiff to respond to the Motions is December 5, 2023.

3. The Court issued an order on November 16 requiring Plaintiff to Amend his Complaint by December 14, 2023.

4. The Parties agree that a nine-day extension of time for Plaintiff to respond to the Motions and harmonize the response date with the Court's Order on Amending the complaint would be beneficial to the adjudication of this case.

5. Plaintiff has neither requested nor received any prior extensions to respond to the Complaint.

6. The Parties hereby stipulate and agree that Plaintiff shall have a nine-day extension of time until December 14, 2023, to file his responses to the Motions to Dismiss.

      Respectfully submitted,
/s/ Warren V. Norred
Warren V. Norred; State Bar No. 24045094
Norred Law, PLLC
515 East Border Street, Arlington, TX 76010
Tel. (817) 704-3984; Fax (817) 524-6686
wnorred@norredlaw.com
**ATTORNEY FOR PLAINTIFF**

/s/ Stephen A. Lund
Stephen A. Lund; State Bar No. 24086920
salund@tarrantcountytx.gov
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 West Belknap, 9th Floor
Fort Worth, Texas 76196-0201
(817) 884-1233 – Telephone
(817) 884-1675 -- Facsimile
**ATTORNEY FOR DEFENDANTS**

/s/ Katherine E. Owens
Katherine E. Owens; State Bar No. 24081683
keowens@tarrantcountytx.gov
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 West Belknap, 9th Floor
Fort Worth, Texas 76196-0201
(817) 884-1233 – Telephone
(817) 884-1675 -- Facsimile
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On December 1, 2023, the foregoing document was served on all counsel of record via the Court's ECF system, according to the Federal Rules of Civil Procedure.

      /s/ Warren V. Norred
      Warren V. Norred